

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00583-CR

Samuel Alfredo **DORADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6651
Honorable Pat Priest[1], Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 1, 2015.

_____
Luz Elena D. Chapa, Justice

---

[1] Sitting by assignment.